Cox, Albert Henry Jr. BF1497
Name and Prisoner/Booking Number

Mule Creek State Prison
Place of Confinement

PO Box 409020  A-5-101
Mailing Address

Ione, CA 95640
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

**FILED**
Jan 26, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Cox, Albert Henry Jr.,
(Full Name of Plaintiff)  Plaintiff,

v.

(1) J. Pickett High Dessert State Prison
(Full Name of Defendant)

(2) R. Harlan

(3) _____

(4) _____
             Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-cv-154-AC (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; <u>Bivens v. Six Unknown Federal Narcotics Agents</u>, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: HDSP

## B. DEFENDANTS

1. Name of first Defendant: __J. Pickett__. The first Defendant is employed as: __CDW__ at __HDSP__.
   (Position and Title)                    (Institution)

2. Name of second Defendant: __R. Harlan__. The second Defendant is employed as: __Plant Ops Plumber II__ at __HDSP__.
   (Position and Title)                    (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: __Warden__ at __HDSP__.
   (Position and Title)                    (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                    (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: __Deliberate Indifference__

2. Claim I. Identify the issue involved. Check only one. State additional issues in separate claims.
   - [x] Basic necessities
   - [ ] Mail
   - [ ] Access to the court
   - [ ] Medical care
   - [ ] Disciplinary proceedings
   - [ ] Property
   - [ ] Exercise of religion
   - [ ] Retaliation
   - [ ] Excessive force by an officer
   - [ ] Threat to safety
   - [ ] Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Claim I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I continuously requested a cell move or repair. Because of my ADA status I experienced pain throughout the day and nights because of the frigid temperature. Also the ceiling, floor, and walls remained wet. The whole side of my body was numb while the floor was slippery. I am glad my brain didn't spill unto the floor after my head was the first to hit it. I continue to experience nightmares along with shockwaves from head to toe. Twice I explained my delima on the plumbers work sheet. And several times I reported it to the floor officers. And I asked to be moved after they claimed to have repaired one of the leaks. They being Sgt. Kelly and Sgt. Smith on b02 9/16/21

4. Injury. State how you were injured by the actions or inactions of the Defendant(s).
   I am experiencing numbness down my spine which actually causes my face to look deformed and unable to function properly until I massage my neck, jaw, and even head!

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  [x] Yes  [ ] No
   b. Did you submit a request for administrative relief on Claim I?  [x] Yes  [ ] No
   c. Did you appeal your request for relief on Claim I to the highest level?  [x] Yes  [ ] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

5. <u>Administrative Remedies.</u> You must exhaust any available administrative remedies before you file a civil rights complaint. <u>See</u> 42 U.S.C. § 1997e. Consequently, you should disclose whether you have exhausted the inmate grievance procedures or administrative appeals for each claim in your complaint. If the grievance procedures were not available for any of your claims, fully explain why on the lines provided.

Part D. REQUEST FOR RELIEF: Financial and medical relief also legal representation according to Coleman v. Newsome

Print the relief you are seeking in the space provided.

SIGNATURE: *[signature]*

You must sign your name and print the date you signed the complaint. Failure to sign the complaint will delay the processing of your action. Unless you are an attorney, you may not bring an action on behalf of anyone but yourself.

## FINAL NOTE

You should follow these instructions carefully. Failure to do so may result in your complaint being stricken or dismissed. All questions must be answered concisely in the proper space on the form. You are strongly encouraged to file a complaint that is no longer than twenty-five pages, but the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number the pages. Remember, there is no need to attach exhibits to your complaint.

4

Revised March 2016

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I will like monetary compensation along with medical relief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-21-22
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

complaint to floor c/o &
Sgt. Kelly & Sgt. Smith

cop # 9-16-21

Date 9-18-21 (Fall)

# SAMPLE CIVIL RIGHTS COMPLAINT, IFP APPLICATION and INSTRUCTIONS (E-FILING PROGRAM ONLY)



### For the
### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

INSTRUCTIONS FOR FILING A COMPLAINT IN THE EASTERN DISTRICT OF CALIFORNIA BY A PRISONER THROUGH THE E-FILING PROGRAM ONLY AGAINST STATE OR LOCAL GOVERNMENT EMPLOYEES UNDER THE CIVIL RIGHTS STATUTE 42 U.S.C. 1983

An action under Section 1983 is available to challenge violations of the federal constitution or federal statutes which affect the conditions of your confinement or your treatment by state or local government employees. Although you may ask for and obtain money damages or an injunction under Section 1983, the court cannot issue an order which could affect the length of your sentence in any way. Those types of claims may be raised only through a petition for writ of habeas corpus. If you want to file a petition for writ of habeas corpus, you must do so on the correct forms, which are provided by the Clerk of the Court upon request.

1

I.  **E-Filing Program:** Pursuant to a Standing Order signed by the Chief District Judge entitled "In Re: Procedural Rules for Electronic Submission Of Prisoner Litigation Filed By Plaintiffs Incarcerated at [Selected Institutions]", this institution is participating in the E-filing program with the United States District Court for the Eastern District of California.

The E-filing program applies only to "initial case documents" filed in federal civil cases brought at participating penal institutions in the Eastern District of California for cases only involving conditions of confinement, usually brought under 42 U.S.C. § 1983. "Initial case documents" include the following documents and must comply with the page limitations indicated. Any document which exceeds the stated page limitation without court authorization will be rejected for filing by CDCR and the Court.

| Document | Page Limit |
|---|---|
| A. Civil Cover Sheet; | 1 |
| B. Civil Complaint; | 25 |
| C. Application for *In Forma Pauperis* | ⎫ |
| D. Motion to Seek Relief from E-Filing Procedures; and ⇐ | ⎬ 15 pages on all these documents **combined** |
| E. Motion for Emergency Relief (e.g., injunctive relief) | ⎭ |

All other documents can be filed with the Court by mailing the documents through the routine legal mail procedures at the institution.

All documents that fall within the scope of the E-filing program must be filed through the E-filing program. Any attempt by a plaintiff to file "initial case documents" through a process other than the E-filing program will be rejected and returned unfiled to the plaintiff, unless the plaintiff pays the full filing fee at the time of filing.

**Procedure for E-filing:** Initial case documents filed through the E-filing program shall be delivered to designated CDCR staff. The plaintiff need not pay for copies or mailing costs. CDCR staff will scan and e-mail the initial case documents to the Court for filing. The original initial case documents will be returned to the plaintiff with a date stamp indicating the originals were scanned and emailed for filing. Plaintiff will not receive any other file stamped copies of their initial case documents from the Court or CDCR.

After the initial case documents are received by the Court, the Court will issue "prisoner new case documents," which include the Notice of Filing (noting the civil case number and the date complaint was filed), the First Informational Order, Sample Proof of Service, Change of Address form and Consent to Proceed before a United States Magistrate Judge form. These documents shall be emailed by the Court to CDCR for delivery to the plaintiff.

All subsequent documents submitted for filing by the plaintiff after the "initial case documents" are filed must be done through CDCR's normal legal mail process and sent via mail to the Court.

II. **Exhaustion of Administrative Remedies**

If there is an inmate appeal or administrative grievance process available at your institution, you may not file a Bivens Action, Section 1983, or an action under any other federal law, until you have first completed (exhausted) the process available at your institution. You are required to complete the inmate appeal or

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff, COX, ALBERT HENRY Jr.

vs.                                No.

Defendant(s).                PROOF OF SERVICE

R. HARLAN _____ /

I, the undersigned, hereby certify that I am over the age of eighteen years and on _____January 22_____, 20 22 , I served a copy of

_____,

by placing a copy in a postage paid envelope addressed to the person hereinafter listed by depositing said envelope in the United States Mail:

I declare under penalty of perjury that the foregoing is true and correct.

signature    _/s/ Albert_