COX, #BF1497
Name and Prisoner/Booking Number

KVSP
Place of Confinement

P.O. Box 5103
Mailing Address

Delano, CA. 93216
City, State, Zip Code

**FILED**
NOV - 3 2023
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Albert Henry COX JR.,
(Full Name of Plaintiff)
           Plaintiff,

v.

(1) C/O Valdez
(Full Name of Defendant)
(2) SGT. Kelly
(3) Pickett - Et Al.
(4) C/O Preval
           Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. 2:22-cv-0154 AC (PC)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☐ Original Complaint
☒ First Amended Complaint
☐ Second Amended Complaint

Jury Trial Demanded

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: High Desert State Prison, Lessen. County

**CLAIM II**

1. State the constitutional or other federal civil right that was violated: ~~[struck through]~~ 8th Amended = 13 Amended = 14 Amended

2. **Claim II.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Unsafe living conditions

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   C/o Valdez was aware my cell was leaking water, He was the Floor officer and did not move me out of that cell, Instead He gave me towels to wipe it up daily.

   They knew & Valdez knew I am a ADA Inmate in a ADA cell & I should of Been moved to a safer cell... Valdez told me there was no place to move me too. I lived in that cell for #5 months with that problem, My Right as A ADA Inmate was voilated and I should of Been moved to a safer cell...

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I Hurt my Back, neck & Shoulder & Head. I now walk with a walker with pain in my Back & neck... I also Have Head pain now.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim II?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim II to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## D. CAUSE OF ACTION

### CLAIM I

1. State the constitutional or other federal civil right that was violated: ~~~~~~~~ ~~8th Amended~~ 8th Amended 1st 13 Amended = 14 Amend

2. **Claim I.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Unsafe Living Conditions

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   My cell has been leaking water from the walls & ceiling for #5 month. I complained many of time and asked to be moved with no action done. Becuz they said I was ADA & There was no other place to put me. Every day C/O Valdez would give me towels to get the water off the Floor. At times they would Have to call SGT. Kelly Because they had no Towels and I would not go In my cell. They claim to put work orders In and nobody never came to Fix it. I put In a 602 & still no responds to Fix it. They came and Fixed the cell after I Fell and went to the Hospital From the Fall. SGT. Kelly Told me He contacted (Pickett) Before my Fall About my cell no Being Repaired... Warden (Pickett) Has the power to make (Plant opp) come & Fix any pluming on Eergency.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I Hurt my Back, neck, Shoulder & Head. I now walk with a walker ~~~~~~, I take pain pill For my Back & pain's In my neck... I Have Head aches

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Claim I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Claim I to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

**CLAIM III**

1. State the constitutional or other federal civil right that was violated: ~~illegible~~ 8 $I^H$ Amended =13 Amended =14 Amen

2. **Claim III.** Identify the issue involved. Check **only one**. State additional issues in separate claims.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: unsafe living conditions

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Claim III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   SGT. Kelly was very aware of my cell leaking water. He had been contacted several times about me not locking it down until the water was off my floor. He had the power to move me & as a ADA Inmate I should of been moved. He kept me there and moved me after I sliped & fell.

   I have a right to be safe & put in a safe and working cell. I can only be moved with a ok from a higher up then a C/O. Kelly his the C/O Valdez ranking officer.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I hurt my back, neck & shoulder & head. I now walk with a walker. In pain in my back & neck... And I have head aches

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Claim III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Claim III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Claims, answer the questions listed above for each additional Claim on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

I Am Seeking Health care, And medication For my on going pain And A payment of $300,000 For my pain & Suffering. Due to my Fall, my movement are limited.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10-24-23
DATE

SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space you may attach more pages, but you are strongly encouraged to limit your complaint to twenty-five pages. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages. Remember, there is no need to attach exhibits to your complaint.

6

## B. DEFENDANTS

1. Name of first Defendant: __C/O Valdez__. The first Defendant is employed as: __Correctional officer__ (Position and Title) at __High Desert State Prison__ (Institution)

2. Name of second Defendant: __SGT. Kelly__. The second Defendant is employed as: __Sergent of the Yard.__ (Position and Title) at __High Desert State Prison__ (Institution)

3. Name of third Defendant: __Pickett, et Al__. The third Defendant is employed as: __Warden of the Prison__ (Position and Title) at __High Desert Prison__ (Institution).

4. Name of fourth Defendant: __Perval__. The fourth Defendant is employed as: __C/O Floor officer Correctiol__ (Position and Title) at __High Desert Prison__ (Institution).

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☒ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

    a. First prior lawsuit:
        1. Parties: _____ v. _____
        2. Court and case number: _____.
        3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

    b. Second prior lawsuit:
        1. Parties: _____ v. _____
        2. Court and case number: _____.
        3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

    c. Third prior lawsuit:
        1. Parties: _____ v. _____
        2. Court and case number: _____.
        3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

2

## CLAIM #4

C/O PERVAL was my Floor staff & told me Several times He put a work order in For my cell to Be fix. He also contact the SGT. Kelly about my unsafe cell and a Bed move. He told me do to me Being ADA & there is no ADA cells open just get some towels & dry it up and whenever I need to dry my cell, call the Tower to inform Him.

### unsafe Living Conditions

Injury: I Hurt my Back, neck & shoulder & Head. I now walk with a walker in Pain In my Back & neck

I Sumitted A grievance claim to the Highest level on claim #4 Also...